IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

FEB 17 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| BRIAN JOHN TEMPLE,<br><br>                Plaintiff,<br><br>vs.<br><br>PETER JOSEPH CALLAHAN; CITY OF HELENA; and ST. PETER'S HOSPITAL,<br><br>                Defendants. | No. CV 15-46-H-SEH<br><br>ORDER |

    1.    On February 11, 2016, David S. Freedman, counsel of record for Plaintiff Brian John Temple filed: 1) Motion to Withdraw as Plaintiff's Attorney of Record and Supporting Brief;[1] 2) Affidavit in Support of Motion to Withdraw as Plaintiff's Attorney of Record and Supporting Brief;[2] and 3) a copy of a letter dated January 25, 2016, from Freedman and Associates to Brian Temple, C/o Crossroads Correctional Facility, 50 Crossroads Drive, Shelby, Montana 59474.[3]

---

[1] Doc. 33.

[2] Doc. 33-2.

[3] Doc. 33-1.

2. Specific compliance with the rules of this Court is expected and required for all filings.

ORDERED:

The motion[4] fails to comply with LR 7.1 or with LR 83.3(a) or (b). It is DENIED.

DATED this 17th day of February, 2016.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 33.