IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

BRIAN JOHN TEMPLE,

    Plaintiff,

vs.

PETER JOSEPH CALLAHAN; CITY OF HELENA; and ST. PETER'S HOSPITAL,

    Defendants.

No. CV 15-46-H-SEH

ORDER

Based upon the record made in open court,

ORDERED:

1. Plaintiff's Motion to Allow Additional Time to Respond to Defendant City of Helena's Motion for Summary Judgment[1] is DENIED as moot.

2. Defendant Peter Joseph Callahan's Motion for Summary Judgment

---

[1] Doc. 62.

-1-

Re: Peter Callahan[2] is GRANTED.

3. Defendant City of Helena's Motion for Summary Judgment[3] is GRANTED.

4. Defendant City of Helena's Motions *in Limine*[4] and Plaintiff's Motion *in Limine*[5] are DENIED as moot.

5. The clerk is directed to enter judgment accordingly and close the case.

DATED this 20th day of October, 2016.

SAM E. HADDON
United States District Judge

---

[2] Doc. 43.

[3] Doc. 47.

[4] Doc. 53.

[5] Doc. 59.