UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRIAN JOHN TEMPLE,<br><br>                  Plaintiff,<br><br>vs.<br><br>PETER JOSEPH CALLAHAN and<br>CITY OF HELENA,<br><br>                  Defendants. | Case No. CV-15-046-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED in accordance with the Order issued on October 20, 2016 (docket no. 110) judgment is entered in favor of Defendants Joseph Callahan and City of Helena.

      Dated this 20th day of October, 2016.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Darlene DeMato
                                      Deputy Clerk